**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marcos GALLEGOS–GARCIA,
Defendant–Appellant.**

No. 04–41139.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Marcos Gallegos–Garcia ("Gallegos") has moved to withdraw certain appellate issues

from his brief. The motion is GRANTED. Gallegos pleaded guilty to illegal reentry into the United States following deportation and was sentenced to a 36–month term of imprisonment. He argues that his sentence is unconstitutional because it was enhanced for a prior felony conviction under 8 U.S.C. § 1326(b). Gallegos concedes that his argument is foreclosed by this court's precedent, but he raises the issue to preserve it for Supreme Court review.

We reject Gallegos's challenge to the constitutionality of 8 U.S.C. § 1326. *See Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *Apprendi v. New Jersey,* 530 U.S. 466, 489–90, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This court must follow *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *United States v. Mancia–Perez,* 331 F.3d 464, 470 (5th Cir.), *cert. denied,* 540 U.S. 935, 124 S.Ct. 358, 157 L.Ed.2d 245 (2003).

MOTION TO WITHDRAW APPELLATE ISSUES GRANTED; AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5:4.